# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL SCOTT,

    Petitioner,

-vs-

RANDY PFISTER,

    Respondent.                 No. 11-CV-89-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 24, 2012, petitioner's claims are **DISMISSED** with prejudice.

                                     NANCY J. ROSENSTENGEL,
                                     CLERK OF COURT


                              BY:       /s/*Sara Jennings*
                                             **Deputy Clerk**

Dated: September 26, 2012

Digitally signed by David R. Herndon
Date: 2012.09.26 10:08:46 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT